UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 06 B 06210
   GLENN A RAPANOS
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

      Debtor
   SSN XXX-XX-8807
```

------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/30/06 and confirmed on 02/02/07.

   2.  The case was dismissed after confirmation, 04/25/2008.

   3.  The Debtor paid a total of $  56876.00 .

   4.  The Trustee made disbursements to creditors as follows:

```
------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG      50817.17          .00      50817.17
COUNTRYWIDE FINANCIAL      MORTGAGE ARRE      22640.85          .00          .00
GREAT LAKES CREDIT UNION   SECURED VEHIC       4101.64          .00       3600.00
GMAC PAYMENT CENTER        UNSECURED          17640.38          .00          .00
CAPITAL ONE BANK           UNSECURED            129.19          .00          .00
HARLEY DAVIDSON CREDIT     UNSECURED           8402.55          .00          .00
GREAT LAKES CREDIT UNION   SPECIAL CLASS       3408.25          .00          .00
GREAT LAKES CREDIT UNION   SPECIAL CLASS       6866.71          .00          .00
HSBC CREDIT SERVICES       UNSECURED         NOT FILED          .00          .00
NICOR GAS                  UNSECURED         NOT FILED          .00          .00
SBC AMERITECH              UNSECURED         NOT FILED          .00          .00
```
       Summary of disbursements:
```
------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  77559.66       .00     36447.08         .00     114006.74
PRINCIPAL PAID      54417.17       .00         .00          .00      54417.17
INTEREST PAID           .00        .00         .00          .00           .00
TOTAL PAID          54417.17       .00         .00          .00      54417.17
```
The Debtor's attorney, PAUL M BACH                       , was allowed $   2500.00
and was paid $   1000.00  direct and $       .00  through the plan.

The Trustee received $   2458.83 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 07/21/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```